IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BOBBY GENE HANKINS                                                                    PLAINTIFF

v.                                          No. 4:11CV00428 JLH

STANDARD INSURANCE COMPANY                                           DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of Standard Insurance Company denying the claim of Bobby Gene Hankins is affirmed. The complaint of Bobby Gene Hankins is dismissed with prejudice.

IT IS SO ORDERED this 1st day of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE